## WILLIAM X. JONES *v.* COMMISSIONER OF CORRECTION

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Raymond J. Rigat*, special public defender, in support of the petition.

Decided July 13, 2000

## STATE OF CONNECTICUT *v.* PETER ROWLAND

*William T. Gerace*, in support of the petition.

*Marjorie Allen Dauster*, assistant state's attorney, in opposition.

Decided July 13, 2000

## STATE OF CONNECTICUT *v.* TERRY D. JOHNSON

MCDONALD, C. J., with whom FOTI and SCHALLER, Js., join, dissenting. I dissent from the majority's order denying reargument. The historic fact is that armed law enforcement officers are murdered in the same manner as was Trooper Russell Bagshaw, quickly and suddenly. See, e.g., *State* v. *Castonguay*, 218 Conn. 486, 590 A.2d 901 (1991) (Plainville Police Officer Robert M. Holcomb